PROB 12C
(6/16)

Report Date: August 13, 2021

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isidro Torres-Galvez           Case Number: 0980 2:20CR00098-RMP-1

Address of Offender:                             Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Ricardo S. Martinez, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 2, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 | |
| Original Sentence: | Prison - 72 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: April 22, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 21, 2024 |

### PETITIONING THE COURT

To issue a **SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1     **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Torres-Galvez is alleged to have violated mandatory condition number 3 by ingesting marijuana on or about August 6, 2021, based on the client's admission of such use.

On April 22, 2020, the undersigned officer reviewed Mr. Torres-Galvez' conditions of supervised release, relative to 2:20CR00098-RMP-1, with him telephonically. Mr. Torres-Galvez indicated he understood all conditions as ordered by the Court, and the conditions were signed electronically by the undersigned officer on his behalf and with his approval, given the current COVID-19 pandemic. Specifically, Mr. Torres-Galvez was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances.

Specifically, on August 11, 2021, the undersigned officer sent a text message to the offender advising of this officer's intent to conduct a scheduled home contact with the client and to acquire a urine sample for testing, which the client indicated he could provide. Several

Prob12C
**Re: Torres-Galvez, Isidro**
**August 13, 2021**
Page 2

minutes later the undersigned officer received an additional text message from the client in which he admitted to having "smoked weed" due to rib pain, the result of a previous auto accident in which the client rolled his vehicle.

The undersigned officer subsequently conducted a scheduled home contact with the client on the day in question at his residence. At this time, the client indicated he would need additional time to submit to urinalysis testing, but reaffirmed his recent use of marijuana as previously occurring on or about August 6, 2021. Mr. Torres-Galvez further indicated he was not aware he could not smoke marijuana as it was both allowable within the state and allowable on Washington State Department of Corrections supervision. Mr. Torres-Galvez was reminded that marijuana remained an illicit substance federally and that his conduct as alleged would be reported to the Court. He thus stated his understanding. Mr. Torres-Galvez did additionally sign a drug use admission form in which he signed his name serving to confirm his recent use of marijuana, as previously occurring on or about August 6, 2021.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 13, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/13/2021
Date