PROB 12C
(6/16)

Report Date:  November 16, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2021

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isidro Torres-Galvez                  Case Number: 0980 2:20CR00098-RMP-1

Address of Offender:                         Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Ricardo S. Martinez, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: December 2, 2016

Original Offense:        Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846

Original Sentence:       Prison - 72 Months;          Type of Supervision: Supervised Release
                         TSR - 48 Months

Asst. U.S. Attorney:     Dominique Juliet Park          Date Supervision Commenced: April 22, 2020

Defense Attorney:        Payton B. Martinez             Date Supervision Expires: April 21, 2024

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/13/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Torres-Galvez is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about November 10, 2021, based on the client's admission of such use.

On April 22, 2020, the undersigned officer reviewed Mr. Torres-Galvez' conditions of supervised release relative to 2:20CR00098-RMP-1 with him telephonically. Mr. Torres-Galvez indicated he understood all conditions as ordered by the Court, and the conditions were signed electronically by the undersigned officer on his behalf and with his approval, given the current COVID-19 pandemic. Specifically, Mr. Torres-Galvez was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances.

Specifically, on November 10, 2021, Mr. Torres-Galvez reported to the contract urinalysis testing provider in Spokane, and submitted a urinalysis sample that reflected as being

Prob12C
**Re: Torres-Galvez, Isidro**
**November 16, 2021**
**Page 2**

presumptivie positive for both methamphetamine and amphetamine. A drug use denial form was subsequently received by the U.S. Probation Office in Spokane in which the client checked the box denying any use of any illicit substance as indicated by the urine test result. The sample was subsequently forwarded to the contract laboratory for confirmation.

On November 15, 2021, Mr. Torres-Galvez was contacted telephonically by the undersigned officer about the presumptive positive test result. Mr. Torres-Galvez indicated, on November 10, 2021, he had traveled to meet with an individual previously known to him who was in Spokane, and who was awaiting a ride to return home to Wenatchee, Washington. Mr. Torres-Galvez indicated that he and the party traveled to the store to get some drinks and that after getting back in his car, he took a drink of the Pepsi which he thought was his, indicating that they had both purchased the same drink. He immediately realized that the drink did not taste right. Mr. Torres-Galvez indicated he immediately questioned the individual whom he was with, and who ultimately admitted that he had placed methamphetamine in the drink.

Upon further questioning, Mr. Torres-Galvez advised that he was confident the urinalysis laboratory test result would return as being positive for methamphetamine. Mr. Torres-Galvez was advised that regardless of his stated unintentional use of the substance, the incident would be considered the same as his wilfully ingesting the substance to which he stated his understanding.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     November 16, 2021
_____

s/Chris Heinen
_____

Chris Heinen
U.S. Probation Officer

**THE COURT ORDERS**
[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[x ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[x ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer
November 18, 2021

_____
Date