PROB 12C
(6/16)

Report Date: April 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isidro Torres-Galvez          Case Number: 0980 2:20CR00098-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Ricardo S. Martinez, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 2, 2016

Original Offense:      Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846

Original Sentence:     Prison - 72 months          Type of Supervision: Supervised Release
                       TSR - 48 months

Asst. U.S. Attorney:   Daniel Fruchter             Date Supervision Commenced: April 22, 2020

Defense Attorney:      Roger Peven                 Date Supervision Expires: April 21, 2024

## PETITIONING THE COURT

To issue a **warrant**.

On April 22, 2020, Mr. Torres-Galvez participated in a supervision intake, telephonically, with the U.S. Probation Office. He later signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: It is alleged that Mr. Torres-Galvez violated the terms of his supervised release by failing to complete inpatient treatment as directed by his probation officer, on or about April 5, 2022. |
| | Mr. Torres-Galvez is a participant of the Sobriety Treatment an Education Program (STEP). On February 17, 2022, during a STEP session, Mr. Torres-Galvez, was taken into custody. He was advised he would be required to enter into and successfully complete inpatient treatment. |
| | On March 1, 2022, he released from custody and entered inpatient treatment at Pioneer Center East (PCE). Mr. Torres-Galvez struggled with being engaged with his treatment at PCE. Mr. Torres-Galvez was ultimately placed on a behavior contract. He violated the terms of the behavior contact and on April 5, 2022, he was terminated from inpatient treatment at PCE. |

Prob12C
Re: Torres-Galvez, Isidro
April 6, 2022
Page 2

| | | |
|---|---|---|
| | 2 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: It is alleged that Mr. Torres-Galvez violated the terms of his supervised release by failing to report a change in address, on or about April 5, 2022.

Mr. Torres-Galvez is a participant of the Sobriety Treatment an Education Program (STEP). On February 17, 2022, during a STEP session, Mr. Torres-Galvez, was taken into custody. He was advised he would be required to enter into and successfully complete inpatient treatment.

On March 1, 2022, he released from custody and entered inpatient treatment at Pioneer Center East (PCE). Mr. Torres-Galvez struggled with being engaged with his treatment at PCE. Mr. Torres-Galvez was ultimately placed on a behavior contract. He violated the terms of the behavior contact and on April 5, 2022, he was terminated from inpatient treatment at PCE.

Following his termination from PCE, Mr. Torres-Galvez has made no efforts to contact the undersigned nor has he reported his current address, and his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/06/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

04/06/2022
Date