PROB 12C
(6/16)

Report Date: May 17, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isidro Torres-Galvez    Case Number: 0980 2:20CR00098-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Ricardo S. Martinez, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson , Senior U.S. District Judge

Date of Original Sentence: December 2, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 |
| Original Sentence: | Prison - 72 months  TSR - 48 months |

| | | | |
|---|---|---|---|
| | | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Dominique Juliet Park | Date Supervision Commenced: | April 22, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | April 21, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2022.

On April 22, 2020, Mr. Torres-Galvez participated in a supervision intake, telephonically, with the U.S. Probation Office.  He later signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Isidro Torres-Galvez violated the terms of his supervised release by being charged with malicious mischief-domestic violence, on or about May 14, 2022, in Wenatchee, Washington.<br><br>According to Wenatchee Police Department (WPD) incident report number for 22W07871, on May 14, 2022, WPD  responded to a 911 call in which Mr. Torres-Galvez was in a fight with his brother at their mother's residence.  The complainant, Mr. Torres-Galvez's sister, also reported that there was another incident 2 days prior in which there was a fight involving a knife and there was a "mess of blood."  That incident went unreported as the parties involved did not want to cooperate.  On May 14, 2022, it was reported that Mr. Torres-Galvez' brother, told their sister that Mr. Torres-Galvez broke down his door and was acting "odd." |

Prob12C
**Re: Torres-Galvez, Isidro**
**May 17, 2022**
**Page 2**

Officers made contact with Mr. Torres-Galvez' brother who reported that there was an incident, however, he would not elaborate. Mr. Torres-Galvez's sister and mother arrived at the location and met with the officer. His sister explained that Mr. Torres-Galvez had been in Wenatchee for a few days and had caused nothing but problems and had been in several physical altercations in the home. She advised that their mother had been staying at her residence for several days because of the conflict and the amount of fear the mother has of Mr. Torres-Galvez. His sister discussed the incident from a couple days prior in which Mr. Torres-Galvez had armed himself with a knife. His sister had responded to the location of the incident, where Mr. Torres-Galvez initially did not open the door because he thought law enforcement was at the residence. Ultimately she was able to enter the home and found blood on the kitchen floor, walls, cabinets and in the kitchen sink. His sister would not name the victim in that incident but advised the victim was doing "ok" but did have injuries.

Mr. Torres-Galvez' sister was asked about the door that was reportedly kicked in on May 14, 2022. She advised Mr. Torres-Galvez' brother called her and advised that Mr. Torres-Galvez was mad "again" and was threatening to kick in his door. The brother later told her that Mr. Torres-Galvez broke his door.

Mr. Torres-Galvez' sister helped translate for their mother. Mr. Torres-Galvez' mother explained that Mr. Torres-Galvez was dangerous, caused problems and took over her house and she wanted him to leave. His mother advised that she had taken shelter at Mr. Torres-Galvez' sister's home for her safety.

The East Cascade SWAT was contacted for assistance in Mr. Torres-Galvez' arrest. It appeared he attempted to hide inside the residence but he ultimately exited the residence and was arrested without incident. Law enforcement completed a protective sweep of the residence and observed the damage to the door of Mr. Torres-Galvez' brother's room.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/17/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Torres-Galvez, Isidro**
**May 17, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Rosanna Malloy Peterson_
Signature of Judicial Officer

5/17/2022
Date