PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2023

SEAN F. McAVOY, CLERK

## Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Isidro Torres-Galvez     Case Number: 0980 2:20CR00098-RMP-1

Name of Sentencing Judicial Officer: The Honorable Ricardo S. Martinez, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: December 2, 2016     Type of Supervision: Term of Supervised Release

Original Offense: Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846     Date Supervision Commenced: March 21, 2023

Original Sentence: Prison 72 M; TSR - 48 M     Date Supervision Expires: March 20, 2026

Revocation Sentence: Prison 12 M and 1 day;
(August 16, 2022)     TSR - 36 M

---

## NONCOMPLIANCE SUMMARY

Mr. Torres-Galvez met with a United States Probation Officer on April 6, 2023, and reviewed the conditions of supervised release. Mr. Torres-Galvez acknowledged a full understanding of his conditions of supervised release.

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Torres-Galvez is considered to be in violation of his supervised release conditions by consuming cocaine on May 6, 2023.

On May 8, 2023, Mr. Torres-Galvez called this officer and reported he "messed up" by consuming cocaine on May 6, 2023. Mr. Torres-Galvez explained that he associated with negative peers and succumbed to peer pressure. On May 9, 2023, Mr. Torres-Galvez provided a negative drug test at The Center for Alcohol and Drug Treatment.

**U.S. Probation Officer Action**:

It has been made clear to Mr. Torres-Galvez that his behavior was unacceptable and he was in violation of his supervised release conditions for consuming controlled substances and associating with negative peers. This officer used corrective action to address Mr. Torres-Galvez' decision.

Prob12A
**Re: Torres-Galvez, Isidro**
**May 12, 2023**
**Page 2**

Mr. Torres-Galvez is scheduled to complete a substance abuse evaluation at The Center for Alcohol and Drug Treatment on May 24, 2023; is calling the colorline every day, and is required to provide at least three random drug tests per month. Additionally, Mr. Torres-Galvez' contact with officer was increased for support and accountability. He is also working full-time as a used car salesman in Wenatchee, and is earning a good wage. Most importantly is the fact that Mr. Torres-Galvez was honest about his mistake and was receptive to corrective action. This officer is impressed with his honesty and commitment to engage in substance abuse treatment.

Based on the above-noted information, this officer recommends no action be taken at this time so that Mr. Torres-Galvez can be afforded an opportunity to complete his substance abuse assessment at The Center for Alcohol and Drug Treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: May 12, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

5/12/2023
Date