PROB 12C
(6/16)

Report Date: October 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isidro Torres-Galvez            Case Number: 0980 2:20CR00098-TOR-1

Address of Offender: ███████████, Wenatchee, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Ricardo S. Martinez, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 2, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 |
| Original Sentence: | Prison - 72 months<br>TSR - 48 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Revocation Sentence:<br>(August 16, 2022) | Prison - 12 months and 1 day<br>TSR - 36 months |
| Asst. U.S. Attorney: | Dominique Juliet Park |
| Defense Attorney: | Molly Winston |

Date Supervision Commenced: March 21, 2023

Date Supervision Expires: March 20, 2026

## PETITIONING THE COURT

To issue a summons.

On April 6, 2023, Mr. Torres-Galvez' conditions of supervised release were reviewed with him. On that date, he signed his revocation judgment acknowledging an understanding of his conditions of release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Torres-Galvez is alleged to have violated his conditions of supervised release by consuming methamphetamine on or about October 17, 2023.<br><br>On October 17, 2023, this officer spoke with Mr. Torres-Galvez on the telephone about his color line drug testing at The Center for Alcohol and Drug Treatment (The Center). Mr. Torres-Galvez explained he had to work in Moses Lake, Washington, today and would not be able to report to The Center in time to provide his drug test. Mr. Torres-Galvez was granted permission to report to The Center on October 18, 2023, to make up his drug test. |

Case 2:20-cr-00098-TOR    ECF No. 68    filed 10/25/23    PageID.160    Page 2 of 2

Prob12C
Re: Torres-Galvez, Isidro
October 20, 2023
Page 2

On October 18, 2023, Mr. Torres-Galvez called this officer and admitted to consuming methamphetamine the previous day. After speaking with Mr. Torres-Galvez, he provided a drug test at The Center that was sent to the laboratory for testing. While Mr. Torres-Galvez was at The Center he scheduled an appointment to start outpatient treatment on October 31, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 20, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

October 25, 2023
Date