PROB 12C
(6/16)

Report Date: November 30, 2023

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isidro Torres-Galvez                Case Number: 0980 2:20CR00098-TOR-1

Address of Offender: ███████████████, Wenatchee, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Ricardo S. Martinez, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 2, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 |
| Original Sentence: | Prison - 72 months      Type of Supervision: Supervised Release
TSR - 48 months |
| Revocation Sentence:
(August 16, 2022) | Prison - 12 months and 1 day
TSR - 36 months |
| Asst. U.S. Attorney: | Rebecca R. Perez        Date Supervision Commenced: March 21, 2023 |
| Defense Attorney: | Molly M. Winston        Date Supervision Expires: March 20, 2026 |

### PETITIONING THE COURT

To issue a warrant and incorporate the alleged violations with the violations previously reported to the Court on October 20, 2023.

On April 6, 2023, Mr. Torres-Galvez' conditions of supervised release were reviewed with him. On that date, he signed his revocation judgment acknowledging an understanding of his conditions of release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Torres-Galvez is alleged to have violated his conditions of supervised release by failing to report for random drug testing on November 6, and 21, 2023.

On November 28, 2023, this officer spoke staff at The Center for Alcohol and Drug Treatment (The Center). Staff informed this officer that Mr. Torres-Galvez failed to report for his color line drug testing at The Center on November 6, and 21, 2023. Mr. Torres- |

Prob12C
**Re: Torres-Galvez, Isidro**
**November 30, 2023**
**Page 2**

        Galvez called the color line on both days and was informed it was his day to show up for a random drug test; however, Mr. Torres-Galvez did not report for his drug test as required.

3   **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Mr. Torres-Galvez is alleged to have violated his conditions of supervised release by failing to complete a substance abuse evaluation on November 20, and 27, 2023.

    In response to Mr. Torres-Galvez's admitted drug use on October 17, 2023, Mr. Torres-Galvez was directed to complete a substance abuse assessment. Mr. Torres had an assessment scheduled for October 31, 2023, and he rescheduled the assessment due to his work schedule. He did attend an initial assessment on November 7, 2023, and completed all required paperwork to start treatment services at The Center. A follow-up appointment was scheduled for November 14, 2023, to discuss Mr. Torres-Galvez's treatment needs. Mr. Torres-Galvez was unable to attend his evaluation appointment on November 14, 2023, because he had court in Spokane, and he once again rescheduled his appointment.

    Mr. Torres-Galvez missed his evaluation appointment on November 20, and 27, 2023. It has been over 1 month since Mr. Torres-Galvez was directed to complete an assessment and he has failed to follow through.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 30, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C

Re: Torres-Galvez, Isidro
November 30, 2023
Page 3

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other: *The Revocation hearing scheduled for 12/14/2023 remains set.*

Thomas O. Rice
United States District Judge
November 30, 2023
Date